# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMESON KEALII KAUHI and RAMONA CARMELLE KAUHI,

    Plaintiffs,

v.

COUNTRYWIDE HOME LOANS INC.; BANK OF AMERICA CORPORATION; COUNTRYWIDE FINANCIAL CORP.; HSBC BANK, USA, NA; RECONTRUST COMPANY, NA; COUNTRYWIDE BANK FSB; ACE SECURITIES CORPORATION; WELLS FARGO BANK, NA,

    Defendants.

CASE NO. C08-5580 BHS

ORDER RE: SETTLEMENT CONFERENCE – November 17, 2009

This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference on November 17, 2009, commencing at 9:30 a.m. in Courtroom D.

The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than November 13, 2009 at 5:00 p.m. The settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the memo. The memos are to be exchanged between the parties and, at a minimum include: (1) the

last demand and offer exchanged between the parties; (2) the status of any outstanding discovery issues; (3) the status of any outstanding motions.

Parties are instructed to bring a person with authority to settle the case on the date of the scheduled settlement conference.

Dated this 27th day of October, 2009.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge