1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMESON KEALII KAUHI and
RAMONA CARMELLE KAUHI,

                Plaintiffs,

                v.

COUNTRYWIDE HOME LOANS
INC., et al

                Defendants.

CASE NO.  C08-5580 BHS

ORDER

Having come before the Court for modification of the Settlement Agreement reached on

November 17, 2009 and the Court having considered the transcript of the settlement conference,

Plaintiffs' motion and memorandum dated May 14, 2010 requesting modifications, and

Defendants' responsive memorandum dated May 24, 2010, and the Court having jurisdiction

pursuant to the Settlement Agreement, and being further advised in the premises, IT IS HEREBY

ORDERED:

      1.     Plaintiffs' motion to extend the terms of the Settlement Agreement as modified is

DENIED.

      2.     Defendants' request for attorney's fees is withdrawn.

      DONE IN OPEN COURT this 1st day of June, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1